# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CATHLEEN CHERUBINI-HARVEY, et al.,**

    **Plaintiffs,**

    v.                                   **Civil Action 2:16-cv-867**
                                            **Judge Michael H. Watson**
                                            **Magistrate Judge Jolson**

**ZIMMER, INC., et al.,**

    **Defendants.**

## ORDER

This case has been reported settled. The Court will hold a status conference on October 23, 2017 at 10:30 a.m., unless the dismissal entry is received prior to that time. In the meantime, all case deadlines are **STAYED**.

    IT IS SO ORDERED.

Date: September 7, 2017                            /s/ Kimberly A. Jolson
                                                        KIMBERLY A. JOLSON
                                                        UNITED STATES MAGISTRATE JUDGE